UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| JASON AUSTIN ASHLEY, | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | Civil Action No. 3:23-CV-2195-X-BW |
| | § | |
| UNITED STATES DEPARTMENT OF LABOR, | § | |
| | § | |
| *Defendant.* | § | |

### ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. (Doc. 29). No objections were filed. The District Court reviewed the proposed findings, conclusions, and recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge. Defendant Department of Labor's Motion for Summary Judgment (Doc. 21) is therefore **GRANTED**, and Plaintiff Jason Austin Ashley's claims are **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED** this 6th day of March, 2025.

_____
BRANTLEY STARR
UNITED STATES DISTRICT JUDGE

1